# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**VS.**                    **4:19-CR-00131-02-JM**

**LAUREN ALICIA THOMPSON**

## ORDER

Defendant's Motion for Reconsideration (Doc. No. 178) is DENIED.

Defendant complains that her plea waiver should not be enforced because no one anticipated the retroactive changes. However, Defendant's plea agreement is of greater benefit to her than Amendment 821. Without the plea agreement Defendant would have received a 2-level enhancement for maintaining a drug premises and 2-level enhancement for her role in the offense,[1] which would have resulted in a Guideline range of 292-365 months.

IT IS SO ORDERED this 26th day of January 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] *See* U.S.S.G. § 4C1.1(a)(10) (excluding the application of the zero-point reduction if a defendant received an adjustment under § 3B1.1 (Aggravating Role)).